ANDREW I. PORT (SBN: 120977)
aport@grsm.com
SARAH E. BRYANT (SBN: 310515)
sbryant@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Tel: (415) 986-5900
Fax: (415) 986-8054

Attorneys for Defendant
APL MARINE SERVICES, LTD.

Edward M. Bull III (SBN 141996)
Jarrett Micklow (SBN 352256)
BRODSKY MICKLOW BULL & WEISS LLP
1901 Harrison Street, Suite 1100
Oakland, California 94612
Tel: (510) 268-6180
Fax: (510) 268-6181

Attorneys for Plaintiff
ROBERT WHITE

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN PRESIDENT LINES, LLC, *in personam*, the M/V PRESIDENT TRUMAN, IMO No. 9538658, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, and DOES 1-10,<br><br>Defendants. | Case No. 5:26-CV-03050-SVK<br><br>**STIPULATION AND ORDER DISMISSING THE M/V PRESIDENT TRUMAN, IMO NO. 9538658, IN REM** |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff Robert White and Defendant APL Marine Services, Ltd., through their respective counsel of record, that Defendant M/V PRESIDENT TRUMAN,

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

IMO No. 9538658, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, is dismissed without prejudice. Plaintiff's claims against Defendant APL Marine Services, Ltd. remain pending.

Dated: July 16, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: [signature]
ANDREW I. PORT
SARAH E. BRYANT
Attorneys for Defendant
APL MARINE SERVICES, LTD.

By: /s/Edward M. Bull
APPROVED VIA E-MAIL 7/16/26 @3:01PM
EDWARD M. BULL III
JARRETT MICKLOW
Attorneys for Plaintiff
ROBERT WHITE

**ORDER**

**IT IS HEREBY ORDERED** that Defendant M/V PRESIDENT TRUMAN, IMO No. 9538658, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, is dismissed without prejudice, pursuant to the stipulation of the parties.

Dated: July 17, 2026

[signature]
MAGISTRATE JUDGE SUSAN VAN KUELEN